## 35117. COFIELD v. COFIELD.

This change of child custody case is affirmed under Rule 59 without prejudice to the appellant to seek visitation rights in the trial court.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 11, 1979 — DECIDED SEPTEMBER 10, 1979 — REHEARING DENIED SEPTEMBER 25, 1979.

*Welch, Gross, Long & Fagan, Mitchell A. Gross,* for appellant.

*Thomas Sunderland,* for appellee.